# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| ALIX LAINCY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. CV409-098 |
| CHATHAM COUNTY, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In *Laincy v. Chatham County, Ga.*, 2010 WL 4553447 (S.D. Ga. Nov. 3, 2010), doc. 57, the Court chastised employment-discrimination plaintiff Alix Laincy for throwing everything *and* the kitchen sink at his ex-employer, Chatham County, Georgia:

> Title VII affords employees broad protection in the workplace. Modern litigation must operate on the basis of a complaint that clearly and sufficiently states claims for relief and the basis therefor[]. Yet, Plaintiff should be advised against a "kitchen sink" style of employment litigation. Simply asserting a multitude of claims falling within this Court's jurisdiction without properly asserting facts is not a best practice.

*Id.* at * 1.

Finding it impossible to resolve the then-pending summary judgment motion that the County had filed, the Court directed Laincy to file a Second Amended Complaint, then prescribed litigation steps for both parties to take -- when to file motions, cite to the record, and so forth. *Id.* Meanwhile, the Court had granted the County leave to file a brief in excess of L.R. 7.1(a)'s 25-page limit. Doc. 36. When the County again moved for summary judgment, it filed a 43-page long supporting brief. Doc. 60-13.

Moving to dismiss that for violating Rule 7.1(a), Laincy says that the County should have first re-requested permission. Doc. 62. The County says it thought the prior consent continued through the Court's "re-do" directive. Doc. 64. The Court finds Laincy's beef much ado about nothing. His dismissal motion, doc. 62, is therefore **DENIED**.

In the meantime, Laincy moves for an extension of time within which to respond to the County's summary judgment motion. Doc. 67. He would like his L.R. 56.1, 21-day response deadline to commence "after the Court enters an order on Plaintiff's Motion to dismiss." *Id.* at 1. This motion (doc. 67) is **GRANTED IN PART**. Laincy must

respond to the County's motion within 21 days after the date this Order is served.

**SO ORDERED** this  16th  day of March, 2011.

```
_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA
```